JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESICA MARIBEL CAMBERO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DEBORAH L. PATRICK, Warden,<br><br>　　　　Respondent. | Case No.  CV 08-7072-AHM (DTB)<br><br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 4, 2010

**JS-6**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE